Joseph Zapf, Plaintiff in Error, vs. A. M. Ives, Treasurer of the Municipality of Jacksonville, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

D. C. Campbell, for Plaintiff in Error.

Barrs & Bryan and A. W. Cockrell & Son, for Defendant in Error.

This action was brought by the plaintiff in error

against the defendant in error.    There was judgment
for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on motion of counsel for de-
fendant in error.